**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Jesus Jimenez Toribio,** | § | |
| **PETITIONER,** | § | |
| | § | |
| **V.** | § | **CIVIL. NO. 1:26-CV-00778-ADA-ML** |
| | § | |
| **MARKWAYNE MULLIN, Secretary of the** | § | |
| **United States Department of Homeland** | § | |
| **Security; TODD BLANCHE, United States** | § | |
| **Attorney General; MIGUEL VERGARA,** | § | |
| **San Antonio Field Office Director for** | § | |
| **Enforcement and Removal, U.S.** | § | |
| **Immigration and Customs Enforcement,** | § | |
| **Department of Homeland Security;** | § | |
| **CHARLOTTE COLLINS, Warden, T. Don** | § | |
| **Hutto Detention Center, Taylor, Texas;** | § | |
| **UNITED STATES DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; UNITED** | § | |
| **STATES IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; EXECUTIVE OFFICE** | § | |
| **FOR IMMIGRATION REVIEW,** | § | |
| **RESPONDENTS.** | § | |

**ORDER**

On June 1, 2026, the parties filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 8.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)).

**IT IS THEREFORE ORDERED** that all claims asserted or that could have been asserted by Plaintiff against Defendant are hereby dismissed, **with prejudice**, with each Party bearing their own attorney's fees and costs.

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON JUNE 2, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE